```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| DAVID SALEM, et al., | CIVIL ACTION NO. 04-6237 (MLC) |
| Plaintiffs, | **MEMORANDUM OPINION** |
| v. |  |
| MARRIOTT INTERNATIONAL, INC., |  |
| Defendant. |  |

**THE DEFENDANT** advising the Court that "the parties have agreed to settle the above-referenced action in its entirety" (3-21-06 Ltr.); and the defendant advising further that the parties "request that a sixty (60) day Order [be] enter[ed] in contemplation of resolution of this action" (id.); and the defendant requesting that the pending motion to reinstate a previous motion for summary judgment be withdrawn (id.); and thus the Court intending to (1) deny the defendant's pending motion (dkt. entry no. 26) without prejudice, and (2) dismiss the complaint (a) without costs and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                                  s/ Mary L. Cooper
                                                **MARY L. COOPER**
                                                United States District Judge